No. 88–2041. SISSON *v.* RUBY ET AL. C. A. 7th Cir. [Certiorari granted, 493 U. S. 1055.] Motion of the parties to dispense with printing the joint appendix granted. Motion of Hatteras Yachts Division of Genmar Industries, Inc., for leave to file a brief as *amicus curiae* granted.

No. 89–609. PUCKETT ET AL. *v.* NATIVE VILLAGE OF TYONEK ET AL. C. A. 9th Cir.; and
No. 89–1330. INTERNATIONAL ORGANIZATION OF MASTERS, MATES & PILOTS ET AL. *v.* BROWN. C. A. 4th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 89–645. MILKOVICH *v.* LORAIN JOURNAL CO. ET AL. Ct. App. Ohio, Lake County. [Certiorari granted, 493 U. S. 1055.] Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted.

No. 89–711. UNIVERSAL FABRICATORS, INC. *v.* SMITH ET AL., 493 U. S. 1070. Motion of respondent Carl Smith for approval of application for attorney's fees denied without prejudice to filing the motion in the United States Court of Appeals for the Fifth Circuit.

No. 89–1230. CITY OF CHICAGO ET AL. *v.* FRIEDRICH. C. A. 7th Cir. Motion of respondent to consolidate this case with No. 89–994, *West Virginia University Hospitals, Inc.* v. *Casey, Governor of Pennsylvania, et al.* [certiorari granted, *ante,* p. 1003], for purposes of oral argument denied.

No. 89–5900. RUST *v.* GUNTER ET AL. C. A. 8th Cir. [Certiorari granted, *ante,* p. 1055.] Motion for appointment of counsel granted, and it is ordered that Alvin J. Bronstein, Esq., of Washington, D. C., be appointed to serve as counsel for petitioner in this case.

No. 89–6818. IN RE HICKS. C. A. 10th Cir. Petition for writ of common-law certiorari denied.

No. 89–1382. IN RE FREED; and
No. 89–6613. IN RE DEBARDELEBEN. Petitions for writs of mandamus denied.